■ RIDDELL, FOX, HOLROYD & JACKSON, P. C., Appellant, v COUNTY OF ONONDAGA et al., Respondents.—Order unanimously affirmed without costs. Same memorandum as in *Gill, Korff & Assoc. v County of Onondaga* (152 AD2d 912). (Appeal from order of Supreme Court, Onondaga County, Tenney, J.—dismiss complaint.) Present—Dillon, P. J., Doerr, Boomer, Balio and Davis, JJ.